```
            IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


   IN RE:                     :      CHAPTER 13

   Sean Romsdahl              :      No.  19-10694-ELF
     Debtor
```

ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO FILE
STATEMENTS, SCHEDULES, PLAN AND REQUIRED DOCUMENTS

AND NOW, upon consideration of the Application for Extension of Time to file the required documents it is hereby ORDERED and DECREED that Debtors are given an extension of time until **March 4, 2019,** by which date all required documents must be filed.

Date: 2/19/19

**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**