United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-10694-elf
Sean Romsdahl                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: Feb 19, 2019
                             Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2019.
db            +Sean Romsdahl,   1355 Bustleton Pike,   Feasterville Trevose, PA 19053-2216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2019 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor Sean  Romsdahl dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                     TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                          :          CHAPTER 13

Sean Romsdahl                   :          No.  19-10694-ELF
    Debtor


ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO FILE
STATEMENTS, SCHEDULES, PLAN AND REQUIRED DOCUMENTS


AND NOW, upon consideration of the Application for Extension

of Time to file the required documents it is hereby ORDERED and

DECREED that Debtors are given an extension of time until **March**

**4, 2019,** by which date all required documents must be filed.


Date: 2/19/19                   _____

                                **ERIC L. FRANK**
                                **U.S. BANKRUPTCY JUDGE**