**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 19-10694** |
| | **CHAPTER 13** |
| **Sean Romsdahl ,** | |
|    **Debtor.** | |
| _____/ | |

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of BANK OF AMERICA, N.A ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**BANKRUPTCY DEPARTMENT**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

> RAS Crane, LLC
> Authorized Agent for Secured Creditor
> 10700 Abbott's Bridge Road, Suite 170
> Duluth, GA 30097
> Telephone: 470-321-7112
> Facsimile: 404-393-1425
> By: /s/Cristina DiGiannantonio
> Cristina DiGiannantonio, Esquire
> Email: cdigiannantonio@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 19, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

THE CURTIS CENTER
601 WALNUT STREET SUITE 160 WEST
PHILADELPHIA, PA 19106

WILLIAM C. MILLER, ESQ.
P.O. BOX 1229
PHILADELPHIA, PA 19105


SEAN ROMSDAHL
1355 BUSTLETON PIKE
FEASTERVILLE TREVOSE, PA 19053

    RAS Crane, LLC
    Authorized Agent for Secured Creditor
    10700 Abbott's Bridge Road, Suite 170
    Duluth, GA 30097
    Telephone: 470-321-7112
    Facsimile: 404-393-1425
    By: /s/Cristina DiGiannantonio
    Cristina DiGiannantonio, Esquire
    Email: cdigiannantonio@rascrane.com