# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-10694-ELF

SEAN ROMSDAHL

1355 BUSTLETON PIKE

FEASTERVILLE, PA 19053

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SEAN ROMSDAHL

1355 BUSTLETON PIKE

FEASTERVILLE, PA 19053

Counsel for debtor(s), by electronic notice only.

DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Date: 5/7/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee