# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sean Romsdahl<br>      Debtor(s)<br><br>Quicken Loans Inc., its successors and/or assigns<br>      Movant<br>vs.<br><br>Sean Romsdahl<br>      Debtor(s)<br><br>William C. Miller Esq.<br>      Trustee | CHAPTER 13<br><br><br><br><br><br>NO. 19-10694 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of Quicken Loans Inc., which was filed with the Court on or about **March 26, 2019, docket number 23**.

                                       Respectfully submitted,

                              By: **/s/ Kevin G. McDonald, Esquire**
                                        Kevin G. McDonald, Esquire
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1322
                                        Attorney for Movant/Applicant

May 15, 2019