# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br>**Sean Romsdahl,**<br>    **Debtor**<br><br>**Bank of America, N.A.**<br>    **Movant**<br>**v.**<br>**Sean Romsdahl**<br>    **Debtor/Respondent**<br><br>**William C. Miller, Esquire**<br>    **Trustee/Respondent** | **Bankruptcy No. 19-10694-elf**<br><br>**Chapter 13**<br><br>**Hearing Date: July 11, 2019**<br>**Hearing Time: 9:30 am**<br>**Location: Courtroom #1**<br>**900 Market Street**<br>**Philadelphia, PA 19107** |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Bank of America, N.A. has filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d)(1) with respect to the property located at **235 Byberry Road, Philadelphia, Pennsylvania 19116**, and for such other and further relief as to the Court may deem just and proper.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the motion, then on or before **July 1, 2019, you or your attorney must filed a response to the Motion**. (*see Instructions on next page*).

    (a) File an answer explaining your position at:

    Robert N.C. Nix, Sr. Federal Courthouse
    900 Market Street, Suite 400
    Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough that it will be received on or before the dates stated above; and

    (b) Mail a copy to the movant's attorney:

        Lauren B. Karl, Esquire.
        P.O. Box 305
        Ingomar, PA 15127
        Telephone: 973-575-0707 x 1340
        Email: lkarl@rascrane.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 19(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. **A hearing on the Motion** is scheduled to be held before **Judge Eric L. Frank** on **July 11, 2019, at 9:30 am** in Courtroom 1, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing.**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office in Philadelphia at 215-408-2800 or Reading at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.


Dated:  June 14, 2019


                **RAS CRANE, LLC.**

                By: /s/   Lauren Berschler Karl
                   ID No. 88209
                   P.O. Box 305
                   Ingomar, PA 15127
                   Telephone: 973-575-0707 X 1340
                   Facsimile: 973-404-8886
                   lkarl@rascrane.com