IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | Sean Romsdahl ) <br> Debtor ) <br> ) <br> ) | Chapter 13 <br><br> No. 19-10694-ELF |

**CERTIFICATION OF NO RESPONSE**

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                                **/s/David M. Offen**
                                                **David M. Offen**
                                                **Attorney for Debtor**

**Date:6/24/19**