IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------x
In re:                                          :
                                                :       Chapter 13
    SEAN ROMSDAHL,              :
                                                :       Bankruptcy No. 19-10694 (ELF)
                Debtor.     :
-------------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION TO THE CONFIRMATION OF THE PLAN

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan Docket #44 filed by the City of Philadelphia on July 30, 2019.

                                            Respectfully submitted,

                                            THE CITY OF PHILADELPHIA

Dated: September 9, 2019        By:   /s/ Pamela Elchert Thurmond
                                                PAMELA ELCHERT THURMOND
                                                Deputy City Solicitor
                                                PA Attorney I.D. 202054
                                                City of Philadelphia Law Department
                                                1401 JFK Blvd., 5th Floor
                                                Philadelphia, PA  19102-1595
                                                215-686-0508 (phone)
                                                215-686-0588 (facsimile)
                                                Email: Pamela.Thurmond@phila.gov