UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**Sean Romsdahl,**<br>          Debtor<br><br>**Bank of America, N.A.**<br>          Movant<br><br>v.<br><br>**Sean Romsdahl**<br>          Debtor/Respondent<br><br>**William C. Miller, Esquire**<br>          Trustee/Respondent | **Bankruptcy No. 19-10694-elf**<br><br>**Chapter 13**<br><br>**Related Document No. 36** |

## ORDER OF COURT

AND NOW, this  10th  day of    September   , 2019, upon consideration of the foregoing

Stipulation Resolving Motion for Relief from Stay (Doc. # 51)

it is hereby **ORDERED** that the Stipulation is  approved, **EXCEPT** that Paragraph 10 is **STRICKEN**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**