United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-10694-elf
Sean Romsdahl                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 1              Date Rcvd: Sep 11, 2019
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2019.
db             +Sean Romsdahl,    1355 Bustleton Pike,    Feasterville Trevose, PA 19053-2216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Sean  Romsdahl dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              LAUREN BERSCHLER KARL    on behalf of Creditor    BANK OF AMERICA, N.A lkarl@rascrane.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:** <br><br> Sean Romsdahl, <br>     Debtor <br><br> Bank of America, N.A. <br>     Movant <br><br> v. <br><br> Sean Romsdahl <br>     Debtor/Respondent <br><br> William C. Miller, Esquire <br>     Trustee/Respondent | **Bankruptcy No. 19-10694-elf** <br><br> **Chapter 13** <br><br> **Related Document No. 36** |

## ORDER OF COURT

AND NOW, this 10th day of September, 2019, upon consideration of the foregoing

Stipulation Resolving Motion for Relief from Stay (Doc. # 51)

it is hereby **ORDERED** that the Stipulation is approved, **EXCEPT** that Paragraph 10 is **STRICKEN**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**