United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 19-10694-elf
Sean Romsdahl Chapter 13
 Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2 User: SaraR Page 1 of 1 Date Rcvd: Dec 19, 2019
 Form ID: pdf900 Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2019.
db +Sean Romsdahl, 1355 Bustleton Pike, Feasterville Trevose, PA 19053-2216
cr +BANK OF AMERICA, N.A, RAS CRANE, LLC, 10700 Abbott's Bridge Road, Suite170,
 Duluth, GA 30097-8458

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr +E-mail/Text: megan.harper@phila.gov Dec 20 2019 03:32:46 CITY OF PHILADELPHIA,
 Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division,
 Philadelphia, PA 19102-1613
cr +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2019 03:31:09 Synchrony Bank,
 c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021
 TOTAL: 2

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2019 at the address(es) listed below:
 DAVID M. OFFEN on behalf of Debtor Sean  Romsdahl dmo160west@gmail.com,
 davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
 KEVIN G. MCDONALD on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com
 LAUREN BERSCHLER KARL on behalf of Creditor BANK OF AMERICA, N.A lkarl@rascrane.com,
 lbkarl03@yahoo.com
 PAMELA ELCHERT THURMOND on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
 karena.blaylock@phila.gov
 United States Trustee USTPRegion03.PH.ECF@usdoj.gov
 WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
 TOTAL: 6

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Sean Romsdahl            )   Chapter 13
         Debtor                    )
                                   )   19-10694-ELF
                                   )
                                   )

### ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $5,000.00 is allowed and the balance in the amount of $4,574.00 shall be paid by the Chapter 13 Trustee to the extent consistent with the terms of the confirmed plan.

12/19/19
DATED:

HONORABLE ERIC L. FRANK
U.S. BANKRUPTCY JUDGE