```
              IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

      IN RE:                  :     CHAPTER 13
                              :
      Sean Romsdahl           :     No. 19-10694-ELF
         Debtor               :
```

ANSWER TO MOTION OF WILMINGTON SAVINGS FUND SOCIETY
FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted

3. Admitted.

4. Admitted.

5. Admitted

6. Admitted

7. Admitted in part, denied in part. Debtor remitted a check for $2,000.00 in February 2020 and asks for the chance to catch up.

8. Denied.

9. Denied.

10. Admitted.

```
                                    /s/ David M. Offen
                                    David M. Offen
                                    Attorney for Debtor(s)
Dated:2/19/20
```

CERTIFICATE OF SERVICE

The following has been served by electronic mail:

Rebecca Solarz on behalf of Quicken Loans, LLC.
bkgroup@kmllawgroup.com

```
                                    /s/ David M. Offen
                                    David M. Offen
                                    Attorney for Debtor
Dated: 2/19/20
```