United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sean Romsdahl  
    Debtor

Case No. 19-10694-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Feb 20, 2020  
                    Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2020.  
14306660      +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2020 at the address(es) listed below:  
      DAVID M. OFFEN   on behalf of Debtor Sean  Romsdahl dmo160west@gmail.com,  
       davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
      KEVIN G. MCDONALD   on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
      LAUREN BERSCHLER KARL   on behalf of Creditor    BANK OF AMERICA, N.A lkarl@rascrane.com,  
       lbkarl03@yahoo.com  
      PAMELA ELCHERT THURMOND   on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,  
       karena.blaylock@phila.gov  
      REBECCA ANN SOLARZ   on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                        TOTAL: 7

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-10694-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Sean Romsdahl
1355 Bustleton Pike
Feasterville Trevose PA 19053

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/20/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 12: Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/22/20

Tim McGrath
**CLERK OF THE COURT**