IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :        Chapter 13

Sean Romsdahl                   :        No. 19-10694-ELF
   Debtor

**<u>PRAECIPE TO WITHDRAW</u>**

  Pursuant to the above-captioned matter, kindly withdraw the Response to the Motion for Relief filed on 2/19/2020.

                          <u>/s/ David M. Offen</u>
                          David M. Offen, Esquire
                          Curtis Center, 1st Fl., Ste. 160 W
                          601 Walnut Street
                          Philadelphia, PA  19106
                          215-625-9600

Dated: April 6, 2020