## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Sean Romsdahl | | CHAPTER 13 |
| Debtor(s) | | |
| Quicken Loans Inc. | Movant | |
| vs. | | NO. 19-10694 ELF |
| Sean Romsdahl | Debtor(s) | |
| Raymond V. Romsdahl | Co-Debtor | |
| | | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq. | Trustee | |

### ORDER

AND NOW, this 9th day of April, 2020 at Philadelphia, upon withdrawal of the Debtor's response to the Motion, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay is **GRANTED** and that the automatic stay under 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code, are **MODIFIED** with respect to the subject premises located at 1355 Bustleton Pike, Feasterville Trevose, PA 19053 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Sean Romsdahl
1355 Bustleton Pike
Feasterville Trevose, PA 19053

Raymond V. Romsdahl
1355 Bustleton Pike
Feasterville Trevose, PA 19053


David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532