UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

**IN RE:**                                                                   **CASE NO.: 19-10694-elf**
                                                                                            **CHAPTER 13**

**Sean Romsdahl,**
    **Debtor.**

_____/

## **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

    **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of BANK OF AMERICA, N.A ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                        Authorized Agent for Secured Creditor
                                        130 Clinton Rd #202
                                        Fairfield, NJ 07004
                                        Telephone: 470-321-7112

                                        By: /s/Charles Wohlrab
                                              Charles Wohlrab, Esq.
                                              Email: CWohlrab@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 12, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

SEAN ROMSDAHL
1355 BUSTLETON PIKE
FEASTERVILLE TREVOSE, PA 19053

And via electronic mail to:

THE CURTIS CENTER
601 WALNUT STREET SUITE 160 WEST
PHILADELPHIA, PA 19106

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE

P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

                                       By: /s/Luwam Habtegabir
                                       Luwam Habtegabir
                                       Email: lhabtegabir@raslg.com