UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br>**Sean Romsdahl,**<br>        Debtor.<br><br>**BANK OF AMERICA, N.A,**<br>        Movant,<br>v.<br>**Sean Romsdahl, and**<br>**WILLIAM C. MILLER, Esq.,**<br>        Respondents. | Bankruptcy No. 19-10694-elf<br><br>Chapter 13 |

## ORDER

AND NOW, this  28th  day of  Sept. , 2021, upon Certification of Default under the parties' prior Stipulation, it is hereby

**ORDERED,** that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby **MODIFIED**; and it is further

**ORDERED,** that Bank of America, N.A, its successors and/or assignees may proceed with appropriate state court remedies against the property located at 235 Byberry Road, Philadelphia, Pennsylvania 19116, including without limitation a sheriff's sale of the property, and it is further

**ORDERED** that Bank of America, N.A's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**