United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sean Romsdahl  
    Debtor

Case No. 19-10694-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Nov 08, 2022      Form ID: pdf900      Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sean Romsdahl, 1355 Bustleton Pike, Feasterville Trevose, PA 19053-2216 |
| 14299098 | | Emergency Care Services of PA, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14268375 | + | McCabe, Weisberg & Conway, P.C., 123 South Broad Street, Suite 2080, Philadelphia, PA 19109-1031 |
| 14268379 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14272066 | + | Quicken Loans Inc., C/O KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14268381 | + | Raymond Romsdahl, 9911 Crestmont Avenue, Philadelphia, PA 19114-1951 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 08 2022 23:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 08 2022 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 08 2022 23:42:00 | BANK OF AMERICA, N.A, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth,, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 08 2022 23:42:00 | BANK OF AMERICA, N.A, RAS CRANE, LLC, 10700 Abbott's Bridge Road, Suite170, Duluth, GA 30097-8458 |
| cr | | Email/Text: megan.harper@phila.gov | Nov 08 2022 23:42:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 08 2022 23:45:52 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14282923 | | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 08 2022 23:42:00 | Bank of America, N.A., P O Box 15102, Wilmington DE 19886-5102 |
| 14268365 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 08 2022 23:42:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14575930 | + | Email/Text: RASEBN@raslg.com | Nov 08 2022 23:42:00 | Bank of America, Robertson,Anschutz, Schneid,Crane&Partne, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14282081 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 08 2022 23:42:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14290562 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 08 2022 23:42:00 | Bank of America, N.A., C/O Carrington Mortgage Services, LLC, 1600 South Douglas Road, Anaheim, CA 92806-5948 |
| 14268366 | + | Email/Text: mortgagebkcorrespondence@bofa.com | | |

Case 19-10694-elf    Doc 91    Filed 11/10/22    Entered 11/11/22 00:30:27    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 08, 2022 | Form ID: pdf900 | Total Noticed: 47 |

| Recipient # | Delivery Method | Date/Time | Address |
|---|---|---|---|
| | | Nov 08 2022 23:42:00 | Bank of America, NA, 101 N Tryon Street, Charlotte, NC 28246-0100 |
| 14366790 | Email/Text: megan.harper@phila.gov | Nov 08 2022 23:42:00 | CITY OF PHILADELPHIA, SCHOOL DISTRICT, TAX & REVENUE UNIT, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14365757 | Email/Text: megan.harper@phila.gov | Nov 08 2022 23:42:00 | City of Philadelphia, c/o PAMELA ELCHERT THURMOND, Law Revenue Department, Mun. Serv. Bldg., 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102 |
| 14360955 | Email/Text: megan.harper@phila.gov | Nov 08 2022 23:42:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14268367 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 08 2022 23:45:40 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14304071 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 08 2022 23:45:40 | Capital One Bank (USA), N.A., PO BOX 71083, Charlotte NC 28272-1083 |
| 14303732 | + Email/PDF: ebn_ais@aisinfo.com | Nov 08 2022 23:45:52 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14268368 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 08 2022 23:45:52 | Capital One Na, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14268369 | + Email/Text: BKBCNMAIL@carringtonms.com | Nov 08 2022 23:42:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92803-3730 |
| 14306660 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 08 2022 23:57:32 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14268370 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 08 2022 23:45:47 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14268371 | + Email/Text: megan.harper@phila.gov | Nov 08 2022 23:42:00 | City of Philadelphia, Dept. of Revenue, Municipal Services Building Concourse, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102-1617 |
| 14273919 | Email/Text: mrdiscen@discover.com | Nov 08 2022 23:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14268372 | + Email/Text: mrdiscen@discover.com | Nov 08 2022 23:42:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14268373 | + Email/Text: ELDABBASM@FREEDOMCU.ORG | Nov 08 2022 23:42:00 | Freedom Credit Union, Attn: Bankruptcy Dept., 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14289997 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 08 2022 23:42:00 | KeyBank N.A., 4910 Tiedeman Rd, Brooklyn, Ohio 44144-2338 |
| 14284590 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 08 2022 23:45:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14277569 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 08 2022 23:42:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14268374 | + Email/Text: bankruptcy@marinerfinance.com | Nov 08 2022 23:42:00 | Mariner Finance, Attn: Bankruptcy Department, 8211 Town Center Dr., Baltimore, MD 21236-5904 |
| 14305174 | + Email/Text: bankruptcy@marinerfinance.com | Nov 08 2022 23:42:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14268377 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 08 2022 23:42:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14307578 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 08 2022 23:45:52 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 08, 2022 | Form ID: pdf900 | Total Noticed: 47 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14307120 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 08 2022 23:45:46 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14269005 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 08 2022 23:45:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14268378 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 08 2022 23:42:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14268380 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 08 2022 23:42:00 | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 14283031 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 08 2022 23:42:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14269362 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 08 2022 23:45:40 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14268382 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 08 2022 23:45:40 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14268383 | | Email/Text: megan.harper@phila.gov | Nov 08 2022 23:42:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14575735 | | BANK OF AMERICA, N.A, Robertson, Anschutz, Schneid, Crane & Pa |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14268376 | *+ | McCabe, Weisberg & Conway, P.C., 123 South Broad Street, Suite 2080, Philadelphia, PA 19109-1031 |
| 14469936 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 10, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor BANK OF AMERICA N.A cwohlrab@raslg.com |

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Nov 08, 2022 | Form ID: pdf900 | Total Noticed: 47

DAVID M. OFFEN
    on behalf of Debtor Sean Romsdahl dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

LAUREN BERSCHLER KARL
    on behalf of Creditor BANK OF AMERICA N.A lkarl@rascrane.com, lbkarl03@yahoo.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    Chapter 13
SEAN ROMSDAHL

              Debtor                          Bankruptcy No. 19-10694-ELF

# ORDER

**AND NOW**, this ___8th___ day of ___November___, 202**2**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
SEAN ROMSDAHL

1355 BUSTLETON PIKE

FEASTERVILLE, PA 19053